**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Sharae M. Wheeler**, OSB No. 115525
sharae.wheeler@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

    Attorneys for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MELISSA FIRESIDE, | Case No. 3:17-cv-00234-YY |
| Plaintiff, | DECLARATION OF BRIAN DONALDSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| v. | |
| COLLEGE FOR AMERICA, SOUTHERN NEW HAMPSHIRE UNIVERSITY, New Hampshire non-profit educational institution, | |
| Defendant | |

    I, Brian Donaldson, declare and state as follows:

    1.    I have personal knowledge of the facts set forth in this declaration and I am competent to testify to the matters stated in this declaration.

Page 1 -    Declaration of Brian Donaldson in Support of Defendant's Motion to Dismiss

4825-5652-3843.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

2. I am the Controller at Southern New Hampshire University ("SNHU"). I work out of SNHU's offices in Manchester, New Hampshire.

3. In fiscal year 2016, SNHU reported $ 581,366,224 in total revenue.

4. In fiscal year 2016, SNHU reported $ 3,119,185 in revenue in Oregon.

In accordance with 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 16th day of February, 2017, in Manchester, NH.

Brian Donaldson

Page 2 -   Declaration of Brian Donaldson in Support of Defendant's Motion to Dismiss

4825-5652-3843.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204